FILED

MAR 27 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR929-BEN |
| Plaintiff, ) | I N F O R M A T I O N |
| v. ) | Title 8, U.S.C., Sec. 1326(a) and (b) - Deported Alien Found in the United States (Felony) |
| JOSE LUIS LOPEZ-JIMENEZ, ) | |
| Defendant. ) | |

The United States Attorney charges:

On or about February 28, 2008, within the Southern District of California, defendant JOSE LUIS LOPEZ-JIMENEZ, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission to the United States; in violation of Title 8, United States Code, Section 1326(a) and (b).

DATED: March 27, 2008.

KAREN P. HEWITT
United States Attorney

JEFFREY D. MOORE
Assistant U.S. Attorney

JDM:mg:San Diego
3/4/08